UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 DEC 10 AM 9:34
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL CLYDE WILLIAMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV412-296 |
| ) | CR499-241 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this /0 day of Dec., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA